**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Donna L. Beeson** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number | **21-06718** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**1391 Telegraph Rd**
Street address, if available, or other description

**Lake Forest**     **IL**     **60045-3729**
City          State       ZIP Code

**Lake**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$835,000.00** | **$835,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenants**

☐ Check if this is community property (see instructions)

| Debtor 1 | | |
| Debtor 2 | **Beeson, Thomas E. & Beeson, Donna L.** | Case number *(if known)* __21-06718__ |

**If you own or have more than one, list here:**

1.2

9 E Charlotte St
_____
Street address, if available, or other description

Wrightsville
**Beach**      **NC**    **28480**
City           State     ZIP Code

**New Hanover**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,000,000.00** | **$2,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

12526 W Highway 22
_____
Street address, if available, or other description

**Bannockburn**     **IL**    **60015**
City               State      ZIP Code

**Lake**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Also known as 1950 Half Day Road, Bannockburn, IL. Site of nursery production. Also known as the Plantation property.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500,000.00** | **$500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property**
(see instructions)

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Beeson, Thomas E. & Beeson, Donna L.** | Case number *(if known)* | 21-06718 |

**1.4** **If you own or have more than one, list here:**

**1300 Half Day Rd**
Street address, if available, or other description

**Deerfield**    **IL**    **60015**
City    State    ZIP Code

**Lake**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**This property is the location of Beesons Nursery**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$9,100,000.00** | **$9,100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants in Common**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**    **$12,435,000.00**

---

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1** Make: **Chevrolet**
Model: **Suburban 1500 2WD**
Year: **2003**
Approximate mileage: **210000**
Other information:

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500.00** | **$1,500.00** |

**3.2** Make: **Saturn**
Model: **Vue AWD**
Year: **2004**
Approximate mileage: **300000**
Other information:

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

Debtor 1
Debtor 2   **Beeson, Thomas E. & Beeson, Donna L.**   Case number *(if known)*   **21-06718**

**3.3**   Make:   **Jeep**

Model:   **Cherokee 4WD**

Year:   **2015**

Approximate mileage:   **65000**

Other information:

Who has an interest in the property? *Check one*

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1**   Make:   **Searay**

Model:

Year:

Other information:

**16 foot Searay, purchased in 2004 - Needs repair; located in North Carolina.**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,000.00** | **$2,000.00** |

**4.2**   Make:   **Cessna**

Model:   **337**

Year:   **1975**

Other information:

**Stored for 12 years in hangar at Waukegan Airport. Needs repair, not operable. Amount and holder of storage lien unknown.**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

**5**   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>   **$24,500.00**

**Part 3:**   **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Bedding, furniture, rugs, lights, tables and chairs, dishes. | **$20,000.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Audio, TV, computer. | **$5,000.00** |
|---|---|

| Debtor 1 | **Beeson, Thomas E. & Beeson, Donna L.** | | |
|---|---|---|---|
| Debtor 2 | | Case number *(if known)* | 21-06718 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| Bike, camera, exercise bike, basketball hoop. | $600.00 |
|---|---|

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Hats, coats, boots/shoes, pants, dresses, shirts, socks, gloves. | $1,500.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| Rings, earrings, neckalce, watch. | $500.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes. Describe.....

| 2 old rescue dogs. | unknown |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

| $27,600.00 |
|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes...........................................................................................

| **Cash.** | unknown |
|---|---|

| Debtor 1 Debtor 2 | **Beeson, Thomas E. & Beeson, Donna L.** | Case number *(if known)* | **21-06718** |
|---|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking Account** | JPMorgan Chase Bank  XXX1270 | $1,456.66 |
| 17.2. | **Checking Account** | PNC Bank XXX4647 | $25.40 |
| 17.3. | **Checking Account** | **Various PNC accounts held jointly with children (not property of the Estate - for informational purposes only.** | $0.00 |
| 17.4. | **Other Financial Account** | **Escrow Account - First Midwest Bank** | $370,000.00 |
| 17.5. | **Other Financial Account** | **JPMorgan Chase Bank XXXX0882 (Transfer Account)** | $7,728.26 |
| 17.6. | **Other Financial Account** | **JPMorgan Chase Bank XXXX2760 Brokerage Account** | $10,332.39 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them....................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Owner of 100% shares of Beeson's Corner LLC** | 100.00 | % | **unknown** |
| **Owner of 100% shares of BFT 1300 LLC** | 100.00 | % | $0.00 |
| **Owner of 100% shares of Beeson's Plantation Inc.** | 100.00 | % | $19,573.19 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.

Type of account:              Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................

Institution name or individual:

| Debtor 1 | **Beeson, Thomas E. & Beeson, Donna L.** | Case number *(if known)* | **21-06718** |
| Debtor 2 | | | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No
- ☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......   _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

|   Company name: |   Beneficiary: |   Surrender or refund value: |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ■ Yes.  Describe each claim.........

Debtor 1
Debtor 2   **Beeson, Thomas E. & Beeson, Donna L.**                    Case number *(if known)*   **21-06718**

| | |
|---|---|
| **Claim against Ice Miller, LLP, and attorneys Richard Johnson, David Chroust, and Elizabeth McKillip for legal malpractice.  See Beeson, et al. v. Ice Miller, LLP, et al., Case No. 17LA000024 (22nd Judicial Cir., McHenry Co., Illinois).** | **unknown** |

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ☐ No
  ■ Yes.  Describe each claim.........

| | |
|---|---|
| **The Debtors believe they have viable causes of action arising from the development and sale of the property at 2999 Waukegan Road, Bannockburn, Illinois, which the Debtors previously owned.  The Debtors have claims sounding in contract and claims sounding in tort, including for fraud, civil conspiracy, and negligence, against the Village of Bannockburn, certain members of the Board of Trustees of the Village of Bannockburn, Victor P. Filippini, Jr., Posinelli PC, Mark Alan Gershon, Continental Properties Company, Inc., and the single purpose entity Continental used in the development of 2999 Waukegan Road.  The Debtors also have state statutory claims, including under the Illinois Open Meetings Act, against the Village of Bannockburn and certain members of the Board of Trustees of the Village of Bannockburn.** | **unknown** |

35.  **Any financial assets you did not already list**
  ■ No
  ☐ Yes.  Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................    **$409,115.90**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
  ☐ No. Go to Part 6.
  ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
  ■ No
  ☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
  *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
  ☐ No
  ■ Yes.  Describe.....

| | |
|---|---|
| **I-Mac, PC, printer.** | **$100.00** |

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
  ■ No
  ☐ Yes.  Describe.....

| Debtor 1 | **Beeson, Thomas E. & Beeson, Donna L.** | Case number *(if known)* | 21-06718 |
| Debtor 2 | | |

**41. Inventory**
- ☑ No
- ☐ Yes.  Describe.....

**42.  Interests in partnerships or joint ventures**
- ☑ No
- ☐ Yes.  Give specific information about them....................

  Name of entity:                                    % of ownership:

**43.  Customer lists, mailing lists, or other compilations**
- ☑ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  - ☑ No
  - ☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information.........

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...........................................................................................................................**                **$100.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53.  Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**                **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................... | **$12,435,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$24,500.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$27,600.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$409,115.90** |
| 59. | **Part 5: Total business-related property, line 45** | **$100.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54**                              + | **$0.00** |
| 62. | **Total personal property. Add lines 56 through 61...**          **$461,315.90**          Copy personal property total | **$461,315.90** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | **$12,896,315.90** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known) | **21-06718** |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt                                          **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **1391 Telegraph Rd**<br>**Lake Forest IL, 60045-3729**<br>**County : Lake**<br>Line from *Schedule A/B*: **1.1** | $835,000.00 | ■           $30,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-901** |
| **Chevrolet**<br>**Suburban 1500 2WD**<br>**2003**<br>**210000**<br>Line from *Schedule A/B*: **3.1** | $1,500.00 | ■           $1,400.00<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **Saturn**<br>**Vue AWD**<br>**2004**<br>**300000**<br>Line from *Schedule A/B*: **3.2** | $1,000.00 | ■           $1,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **Jeep**<br>**Cherokee 4WD**<br>**2015**<br>**65000**<br>Line from *Schedule A/B*: **3.3** | $20,000.00 | ■           $2,400.00<br>☐  100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Beeson, Thomas E. & Beeson, Donna L.**          Case number (if known)   **21-06718**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Hats, coats, boots/shoes, pants, dresses, shirts, socks, gloves.** Line from *Schedule A/B* **11.1** | $1,500.00 | ■ $1,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **JPMorgan Chase Bank  XXX1270** Line from *Schedule A/B* **17.1** | $1,456.66 | ■ $1,456.66 ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Owner of 100% shares of Beeson's Plantation Inc.** Line from *Schedule A/B* **19.3** | $19,573.19 | ■ $5,043.34 ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Beeson, Thomas E. & Beeson, Donna L.** | Case number (if known) | **21-06718** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Donna L. Beeson | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | | |
| Case number (if known) | **21-06718** | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions**  Brief description:  Line from *Schedule A/B*: | | ☐ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Donna L. Beeson** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number | **21-06718** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | If any |

### 2.1 Chase Bank

Creditor's Name

**Attn: Bankruptcy
PO Box 15298
Wilmington, DE
19850-5298**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**9 E. Charlotte St., Wrightsville Beach, NC 28480 New Hanover County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Equity Line of Credit**

Last 4 digits of account number _____

| $205,678.00 | $2,000,000.00 | $0.00 |
|---|---|---|

### 2.2 Ice Miller LLP

Creditor's Name

**2300 Cabot Dr Ste 455
Lisle, IL 60532-4613**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**Escrow Account - First Midwest Bank**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Escrow Account at First Midwest Bank**

Last 4 digits of account number _____

| $335,000.00 | $370,000.00 | $0.00 |
|---|---|---|

Debtor 1  **Thomas E. Beeson**
      First Name              Middle Name           Last Name

Debtor 2  **Donna L. Beeson**
      First Name              Middle Name           Last Name

Case number (if known)  **21-06718**

---

| 2.3 | **M & J Financial, Inc.** | **$220,000.00** | **$500,000.00** | **$0.00** |

Creditor's Name

**Describe the property that secures the claim:**

> **12526 W Highway 22, Bannockburn, IL 60015**
> **Also known as 1950 Half Day Road, Bannockburn, IL.  Site of nursery production.  Also known as the Plantation property.**

**3123 Old Glenview Rd**
**Wilmette, IL 60091-2910**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.4 | **National City Mortgage/PNC Mortgage** | **$343,563.00** | **$2,000,000.00** | **$0.00** |

Creditor's Name

**Attn: Bankruptcy Department**
**3232 Newmark Dr**
**Miamisburg, OH 45342-5421**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **9 E. Charlotte St., Wrightsville Beach, NC 28480 New Hanover County.**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)    **First Mortgage**

**Date debt was incurred** _____    **Last 4 digits of account number**    **8319**

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1  **Thomas E. Beeson**

First Name    Middle Name    Last Name

Debtor 2  **Donna L. Beeson**

First Name    Middle Name    Last Name

Case number (if known)  **21-06718**

---

| 2.5 | **T2 Beeson Corner I, LLC** | | $2,893,234.02 | $9,100,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**1950 Half Day Road, Bannockburn, IL 60015 and 1300 Half Day Road, Deerfield, IL 60015.**

**120 N Hale St Ste 300**
**Wheaton, IL 60187-5113**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Mortgage and fees claimed in enforcing mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.6 | **Third Federal S & L** | | $106,463.00 | $835,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**1391 Telegraph Rd, Lake Forest, IL 60045-3729**
**Residence**

**7007 Broadway Ave**
**Cleveland, OH**
**44105-1441**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Second Mortgage**

Date debt was incurred _____    Last 4 digits of account number    **0315**

---

| 2.7 | **Village of Bannockburn** | | $53,000.00 | $9,100,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**1300 Half Day Rd, Deerfield, IL 60015**
**This property is the location of Beesons Nursery**

**2275 Telegraph Rd**
**Deerfield, IL 60015-1562**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1     **Thomas E. Beeson**
　　　　　　First Name　　　　　　　Middle Name　　　　　　　Last Name　　　　　　

Debtor 2     **Donna L. Beeson**
　　　　　　First Name　　　　　　　Middle Name　　　　　　　Last Name

Case number (if known)     **21-06718**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$4,156,938.02** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$4,156,938.02** |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]
Name, Number, Street, City, State & Zip Code
**Barack Ferrazzano Kirschbaum & Nagelberg**
**200 W Madison St Ste 3900**
**Chicago, IL 60606-3465**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
**Chen Law Firm Ltd.**
**209 S La Salle St Ste 950**
**Chicago, IL 60604-1219**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
**Filippini Law Firm, LLP**
**990 Grove St Ste 200**
**Evanston, IL 60201-6512**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
**Richard A. Ungaretti**
**Nixon Peabody LLP**
**10 W Madison St Ste 3500**
**Chicago, IL 60601**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
**Weltman, Weinberg & Reis Co., LPA**
**180 N La Salle St Ste 2400**
**Chicago, IL 60601-2704**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  **0315**

---

Official Form 106D　　　Additional Page of**Schedule D: Creditors Who Have Claims Secured by Property**　　　page 4 of 4

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Donna L. Beeson** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known) | **21-06718** |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Department of the Treasury** | Last 4 digits of account number | | unknown | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1
Debtor 2  **Beeson, Thomas E. & Beeson, Donna L.**

Case number (if known)    **21-06718**

| 2.2 | **Lake County Treasurer's Office** | Last 4 digits of account number _____ | **$40,000.00** | **$40,000.00** | **$0.00** |

Priority Creditor's Name

**18 N County St**
**Waukegan, IL 60085-4304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☑ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |

| 4.1 | **Anderson Environmental Co.** | Last 4 digits of account number _____ | **$2,500.00** |

Nonpriority Creditor's Name

**201 N 6th St**
**Rockford, IL 61107-4101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

Debtor 1
Debtor 2  **Beeson, Thomas E. & Beeson, Donna L.**                    Case number (if known)   **21-06718**

---

| 4.2 | **Gauthier & Gooch** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**209 S Main St**
**Wauconda, IL 60084-1827**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**
☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☐ Other. Specify _____

---

| 4.3 | **KLOA, Inc.** | Last 4 digits of account number _____ | **$6,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**9575 W Higgins Rd Ste 400**
**Rosemont, IL 60018-4915**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**
☐ Debtor 1 only                                      ■ Contingent
☐ Debtor 2 only                                      ■ Unliquidated
■ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☐ Other. Specify _____

---

| 4.4 | **Law Office of William J. Factor, Ltd.** | Last 4 digits of account number _____ | **$5,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**1363 Shermer Rd**
**Northbrook, IL 60062-4553**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**
☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☐ Other. Specify _____

---

Debtor 1
Debtor 2   **Beeson, Thomas E. & Beeson, Donna L.**                    Case number (if known)   **21-06718**

---

| 4.5 | **Peoples Gas** | Last 4 digits of account number _____ | $184.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**200 E Randolph St Fl 20**
**Chicago, IL 60601-6431**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☐ Other. Specify _____

---

| 4.6 | **Polsinelli PC** | Last 4 digits of account number _____ | $55,000.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**150 N Riverside Plz Ste 3000**
**Chicago, IL 60606-1599**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☐ Other. Specify _____

---

| 4.7 | **Studio 222 Architects** | Last 4 digits of account number _____ | $20,000.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**222 S Morgan St Ste 4B**
**Chicago, IL 60607-3734**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☐ Other. Specify _____

---

Debtor 1
Debtor 2  **Beeson, Thomas E. & Beeson, Donna L.**                    Case number (if known)   **21-06718**

| | | |
|---|---|---|
| 4.8 | **The Charneski Group, Ltd.** | Last 4 digits of account number _____ | **unknown** |

**The Charneski Group, Ltd.**
Nonpriority Creditor's Name

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

**2101 Waukegan Rd Ste 210**
**Bannockburn, IL 60015-1836**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**

☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ☐ Other. Specify _____

---

| 4.9 | **The Law office of Jeffrey E. Crane,** | | |
|---|---|---|

**The Law office of Jeffrey E. Crane,**
**LLC**
Nonpriority Creditor's Name

Last 4 digits of account number _____          **$20,000.00**

When was the debt incurred? _____

**1363 Shermer Rd Ste 222**
**Northbrook, IL 60062-4575**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**

☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ☐ Other. Specify _____

---

| 4.10 | **U.S. Small Business Association** | | |
|---|---|---|

**U.S. Small Business Association**
Nonpriority Creditor's Name

Last 4 digits of account number _____          **$53,038.00**

When was the debt incurred? _____

**500 W Madison St Ste 1150**
**Chicago, IL 60661-2566**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**

☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ☐ Other. Specify _____

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you
have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor 1 | | | | |
| Debtor 2 | **Beeson, Thomas E. & Beeson, Donna L.** | | Case number (if known) | **21-06718** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Chase Bank**<br>**Attn: Bankruptcy**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Internal Revenue Service**<br>**Mail Stop 5014CHI**<br>**230 S Dearborn St Ste 2600**<br>**Chicago, IL 60604-1705** | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 40,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 40,000.00 |

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 0.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 0.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| | First Name         Middle Name         Last Name |
| Debtor 2 | **Donna L. Beeson** |
| (Spouse if, filing) | First Name         Middle Name         Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number | **21-06718** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Donna L. Beeson** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known) | **21-06718** |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City              State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City              State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| Debtor 2 (Spouse, if filing) | **Donna L. Beeson** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (If known) | **21-06718** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | | |
| **Employer's name** | | **Beeson's Plantation Inc.** | |
| **Employer's address** | | **1300 Half Day Rd**<br>**Deerfield, IL 60015** | |
| **How long employed there?** | | **45 years** | |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

| Debtor 1 | | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Beeson, Thomas E. & Beeson, Donna L.** | | Case number (*if known*) | **21-06718** | |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 15,700.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **VA Combat Disability** | 8f. | $ 144.14 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 15,844.14 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 15,844.14 + $ N/A = | $ 15,844.14 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies | 12. | $ 15,844.14 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain: Debtors run a nursery and their income varies month to month. $13,000/month is a monthly average derived from projected income.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| Debtor 2 (Spouse, if filing) | **Donna L. Beeson** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (If known) | **21-06718** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 6,152.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1
Debtor 2    **Beeson, Thomas E. & Beeson, Donna L.**       Case number (if known)    **21-06718**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **100.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **227.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **710.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **80.00** |
| 10. | **Personal care products and services** | | 10. $ | **20.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **78.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **85.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **40.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **48.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | **4,855.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **50.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **2nd Mortgage on NC Property (Chase)** | | 21. +$ | **836.00** |
| | **Water-NC Property (Town of Wrightsville Beach)** | | +$ | **122.00** |
| | **Heat/Electric-NC Propery (Duke Energy)** | | +$ | **45.00** |

22. **Calculate your monthly expenses**

     22a. Add lines 4 through 21.          $    **14,248.00**

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      $

     22c. Add line 22a and 22b.  The result is your monthly expenses.      $    **14,248.00**

23. **Calculate your monthly net income.**

     23a. Copy line 12 *(your combined monthly income)* from Schedule I.      23a. $    **15,844.14**

     23b. Copy your monthly expenses from line 22c above.      23b. -$    **14,248.00**

     23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*      23c. $    **1,596.14**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.      Explain here:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Thomas E. Beeson** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Donna L. Beeson** |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known) | **21-06718** |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

x _____         x _____
**Thomas E. Beeson**                   **Donna L. Beeson**
Signature of Debtor 1                 Signature of Debtor 2

Date  **June  9, 2021** _____     Date  **June  9, 2021** _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re __Beeson, Thomas E. & Beeson, Donna L.__          Case No. __21-06718__

                Debtor(s)          Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $      __10,000.00__

    Prior to the filing of this statement I have received ............................... $      __10,000.00__

    Balance Due ............................................................................................ $      __0.00__

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__June  9, 2021__            /s/ **Ian H. Fisher**

*Date*                           **Ian H. Fisher**

                                *Signature of Attorney*

                                **Hahn Loeser & Parks LLP**

                                **200 W Madison St Ste 2700**
                                **Chicago, IL 60606-3554**
                                **(312) 637-3000  Fax: (312) 637-3001**
                                **ifisher@hahnlaw.com**

                                *Name of law firm*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|                        |   |                              |
|------------------------|---|------------------------------|
|                        | x | Chapter 11                   |
| In re:                 | : |                              |
|                        | : | Case No. 21-06718            |
| THOMAS E. BEESON and   | : |                              |
| DONNA L. BEESON        | : | Judge LaShonda A. Hunt       |
|                        | : |                              |
|        Debtors.        | : | Motion Date:   June 24, 2021 |
|                        | x | Motion Time:  11:00 a.m.     |

### NOTICE OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ORDER AUTHORIZING DEBTORS AND DEBTORS-IN-POSSESSION TO RETAIN AND EMPLOY HAHN LOESER & PARKS LLP AS COUNSEL, <u>EFFECTIVE AS OF THE PETITION DATE</u>

Please take notice that on June 24, 2021 at 11:00 a.m., I will appear electronically before the Honorable LaShonda A. Hunt, or any judge sitting in that judge's place, and present the *Application of Debtors and Debtors-in-Possession for Order Authorizing Debtors and Debtors-in-Possession to Retain and Employ Hahn Loeser & Parks LLP as Counsel, Effective as of the Petition Date* (the "Application"), a copy which is attached.

**This Application will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the Application, you must do the following:

**To appear by video**, use this link:  https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-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. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 165 5696** and the passcode is **7490911**. Additional information can be found on Judge Hunt's webpage on the court's website:  https://www.ilnb.uscourts.gov/content/judge-lashonda-hunt.

**If you object to this Application** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Application will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without a hearing.

.

12604525.1

May 28, 2021

/s/ Ian H. Fisher

Ian H. Fisher
HAHN LOESER & PARKS LLP
200 West Madison Street, Suite 2700
Chicago, IL 60606
Phone:  (312) 637-3000
Fax:  (312) 637-3001
E-mail:  ifisher@hahnlaw.com

Daniel A. DeMarco (OH #0038920)
*Admitted to the General Bar*
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Phone:  (216) 621-0150
Fax:  (216) 241-2824
E-mail:  dademarco@hahnlaw.com

*Proposed Attorneys for Thomas E. Beeson
and Donna L. Beeson*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | x | Chapter 11 |
| In re: | : | |
| | : | Case No.  21-06718 |
| THOMAS E. BEESON and | : | |
| DONNA L. BEESON | : | Judge LaShonda A. Hunt |
| | : | |
| Debtors. | : | Motion Date:  June 24, 2021 |
| | x | Motion Time:  11:00 a.m. |

**APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ORDER**
**AUTHORIZING DEBTORS AND DEBTORS-IN-POSSESSION TO RETAIN**
**AND EMPLOY HAHN LOESER & PARKS LLP AS COUNSEL,**
**EFFECTIVE AS OF THE PETITION DATE**

Thomas E. Beeson ("T. Beeson") and Donna L. Beeson ("D. Beeson"), and together with

T. Beeson, "Debtors"), individuals, by and through their undersigned counsel, hereby apply (the

"Application"), pursuant to sections 327(a) and 329(a) of title 11 of the United States Code (the

"Bankruptcy Code") and Rules 2014(a), 2016(b) and 6003(a) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), for the entry of an order authorizing Debtors to retain and

employ Hahn Loeser & Parks LLP ("Hahn Loeser") as counsel in this chapter 11 case (the

"Case").  In support of this Application, Debtors submit the *Declaration of Ian H. Fisher in*

*Support of the Debtors' Application, Pursuant to Section 327(a) and 329(a) of the Bankruptcy*

*Code and Bankruptcy Rules 2014(a), 2016(b) and 6003(a), Authorizing Debtors to Retain and*

*Employ Hahn Loeser & Parks LLP as Counsel, Effective as of the Petition Date* (the "Fisher

Declaration"), a copy of which is attached hereto as Exhibit A, and respectfully represents as

follows:

**JURISDICTION**

1.     The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and

1334.  Consideration of the Application is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

12724701.1

2.      Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3.      The statutory predicates for the relief requested herein are sections 327(a) and 329(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a), 2016(b) and 6003(a).

## BACKGROUND

4.      On May 26, 2021 (the "Petition Date"), Debtors filed their voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtors continue to operate their business and manage their property as Debtors in Possession pursuant to Bankruptcy Code §§ 1107 and 1108.

6.      No trustee, examiner or official committee of unsecured creditors has been appointed.

## RELIEF REQUESTED

7.      By the Application, Debtors, pursuant to sections 327(a) and 329(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a), 2016(b) and 6003(a), seek to employ and retain Hahn Loeser & Parks LLP as their counsel in the Case, effective as of the Petition Date.

## BASIS FOR RELIEF REQUESTED

8.      Pursuant to section 327(a) of the Bankruptcy Code, a debtor-in-possession is authorized to employ professional persons.

9.      The Debtors may employ disinterested persons,[1] to represent or assist the [debtor-in-possession] in carrying out [its] duties under this title." 11 U.S.C. §327(a). Section 1107(b)

---

[1]    Section 101(14) of the Bankruptcy Code defines the phrase "disinterested person" as:
        a person that –
        (A)    is not a creditor, an equity security holder, or an insider;
        (B)    is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and
        (C)    does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

11 U.S.C. §101(14).

of the Bankruptcy Code modifies sections 101(14) and 327(a) of the Bankruptcy Code in cases under Chapter 11 of the Bankruptcy Code, providing that "a person is not disqualified for employment under section 327 of [the Bankruptcy Code] by a debtor-in-possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. §1107(b).

10.     As required by Bankruptcy Rule 2014(a),[2] this Application and the Fisher Declaration, set forth: (a) the specific facts showing the necessity for Hahn Loeser's employment; (b) the reasons for Debtors' selection of Hahn Loeser as their restructuring counsel in connection with the Case; (c) the professional services to be provided by Hahn Loeser; (d) the arrangement among Debtors and Hahn Loeser with respect to Hahn Loeser's compensation (as well as the reasonableness thereof); and (e) to the best of Debtors' knowledge, the extent of Hahn Loeser's connections, if any, to certain parties in interest in the Case.

11.     As required by Bankruptcy Rule 6003, Debtors do not seek the entry of any order authorizing the retention of a professional within twenty-one (21) days of the Petition Date.[3]

---

[2]     Bankruptcy Rule 2014(a) provides that an application seeking the employment of professional persons pursuant to section 327 of the Bankruptcy Code:

> Shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, and other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed.R.Bankr.P. 2014(a).

[3]     Bankruptcy Rule 6003 provides:

> Except to the extent that relief is necessary to avoid immediate and irreparable harm, the court shall not, within 21 days after the filing of the petition, grant relief regarding the following:
>
> (a)     an application under Rule 2014;
>
> (b)     a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition, but not a motion under Rule 4001; and
>
> (c)     a motion to assume or assign an executory contract or unexpired lease in accordance with §365.

Fed. R. Bankr. P. 6003.

Rather, Debtors request that the Court enter an order granting the relief requested herein on or after twenty-one (21) days from the Petition Date effective as of the Petition Date.

### *Selection of Hahn Loeser*

12.     Debtors selected Hahn Loeser as their general bankruptcy counsel because Hahn Loeser has substantial experience in chapter 11 cases involving individuals, business entities, as well as in the practice areas of corporate law, litigation, employee benefits, real estate, secured lending, finance, taxation, construction and other fields that may be required by Debtors in the Case.  Hahn Loeser has the resources necessary to manage a chapter 11 case of this size, complexity and scope.  Hahn Loeser has represented debtors, creditors, purchasers, and other parties in interest before courts throughout the country.

13.     For these reasons, Debtors believe that Hahn Loeser possesses the requisite experience to serve as their general bankruptcy counsel in the Case, and can do so in an efficient and cost-effective manner.

### *Services to be Provided by Hahn Loeser*

14.     The employment of Hahn Loeser is necessary to assist Debtors in executing faithfully their duties as debtors-in-possession and implementing the reorganization of Debtors' financial affairs.  Subject to further order of this Court, the professional services that Hahn Loeser may render to Debtors as general bankruptcy counsel, as Debtors may request from time to time, include, without limitation:

a.     advising Debtors of their powers and duties as debtors-in-possession in the continued operation of their business and management of their properties;

b.     assisting, advising and representing Debtors in their consultations with creditors regarding the administration of the Case;

c.     providing assistance, advice and representation concerning the preparation and negotiation of a plan of reorganization and disclosure statement and any asset sales or other transactions proposed in connection with the Case;

d.      providing assistance, advice and representation concerning any investigation of assets, liabilities and financial condition of Debtors that may be required;

e.      representing Debtors at hearings on matters pertaining to their affairs as debtors-in-possession;

f.      prosecuting and defending litigation matters and such other matters that might arise during and related to the Case, except to the extent that Debtors have employed or hereafter seek to employ special litigation counsel;

g.      providing counseling and representation with respect to the assumption and rejection of executory contracts and leases and other bankruptcy-related matters arising from the Case;

h.      rendering advice with respect to general business and litigation issues relating to the Case, including, but not limited to, and finance, real estate, tax and related matters;  and

i.      performing such other legal services as may be necessary and appropriate for the efficient and economical administration of the Case.

15.      After due consideration and deliberation, Debtors have concluded that their interests and the interests of their estate and creditors will be best served by the retention of Hahn Loeser, as counsel to Debtors, to render such legal services as are necessary and appropriate in connection with the matters set forth above and to render such additional legal services as may be required from time to time during the pendency of the Case.

16.      Subject to the Court's approval of this Application, Hahn Loeser has indicated willingness to serve as Debtors' counsel and to perform the services described above.

## *Professional Compensation*

17.      In connection with the prepetition retention by Debtors, Hahn Loeser received payments in the amount of $8,262.00 before May 26, 2021.  Further, as of the Petition Date, Hahn Loeser holds a Retainer in the amount of $1,738.00.  To cover their filing fee, Debtors also authorized Hahn Loeser to use $1,738.00 of the Retainer for the filing fee.  Upon approval of this Application, Hahn Loeser hereby waives charges for any fees or expenses incurred before the

Petition Date not directly related to the filing of the petition to the extent allowance of such fees accords with custom and practice.

18.     Hahn Loeser's fees for professional services are based upon its standard hourly rates, which are periodically adjusted.  Debtors, subject to Court approval in accordance with section 330(a) of the Bankruptcy Code, applicable Bankruptcy Rules, and the Orders and Local Bankruptcy Rules of this Court, propose to pay Hahn Loeser its customary hourly rates in effect from time to time as set forth in the Fisher Declaration, plus reimbursement of actual, necessary expenses incurred by Hahn Loeser in the course of the representation.  Debtors are advised that the hourly rates set forth below are subject to periodic increases in the normal course of the firm's business, often due to increased experience of a particular professional.  Hahn Loeser will give notice to Debtors and the Court of any such periodic increases.

19.     Debtors anticipate that the following Hahn Loeser attorneys and staff primarily will assist and represent Debtors in his case:

| Attorney | Fee (per hour) |
| --- | --- |
| Daniel A. DeMarco | $625 |
| Ian H. Fisher | $590 |
| Eugene E. Endress | $350 |
| Colleen M. Beitel (paralegal) | $250 |

20.     These are Hahn Loeser's hourly rates for work of this nature and are subject to periodic adjustments to reflect economic and other conditions, although Hahn Loeser will provide notice to Debtors before any upward adjustments.  Debtors understand that other attorneys, paralegals, and staff at Hahn Loeser may serve the Debtors at similar rates from time to time in connection with the Case.

| Range of Rates | Fees (per hour) |
| --- | --- |
| Partners | $330 - $735 |
| Of Counsel | $230 - $460 |
| Senior Counsel | $385 - $610 |
| Associates | $225 - $355 |

| Paralegals | $130 - $280 |
| Tech Spec/Law Clerk/Other | $150 - $300 |
| Docket/Library | $75 - $105 |

21.     Consistent with the firm's policy with respect to its other clients, Hahn Loeser will continue to charge Debtors for all other services provided and for other charges and disbursements incurred in the rendition of services.  These charges and disbursements include, among other things, costs for telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials, hearings, and other proceedings with may arise from time to time in the Case.  Charges and disbursements will comply with the United States Trustee's guidelines for fees and disbursements for professionals in the Northern District of Illinois bankruptcy cases.  Hahn Loeser presently charges $.18 per page for photocopies.

22.     Hahn Loeser intends to apply to the Court for allowance of compensation for professional services and reimbursement of expenses incurred in the Case in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Orders and Local Bankruptcy Rules of this Court.

### *Disinterestedness of Professionals*

23.     Hahn Loeser has undertaken a detailed database and electronic search to determine, and to disclose, whether it represents or has represented any significant creditors, insiders of Debtors and other parties in interest.  In connection with its proposed retention by the Debtors in the Case, Hahn Loeser conducted a search of its client database to determine whether it had any relationships with any of the material parties in interest (the "Interested Parties") in the Case.  This review indicates that Hahn Loeser does not represent and has not previously represented any of the Interested Parties.

24.     Specifically, to check and clear potential conflicts of interest in the Case, Hahn Loeser reviewed lists provided by Debtors and compared it to its client database to determine whether it had any relationships with the following entities, if known:

     a.    Debtors;

     b.    the twenty (20) largest unsecured creditors of the Debtors and any other entities that Hahn Loeser could readily identify as having a potential conflict of interest with Debtors;

     c.    parties to significant litigation with Debtors;

     d.    Debtors' accountants and other major professionals;

     e.    Alleged secured creditors of Debtors; and

     f.    unsecured creditors.

As of the filing of this Application, such research indicated that except as described herein and in the Fisher Declaration, Hahn Loeser has not represented, nor does it currently represent, any of the foregoing entities in matters related or unrelated to the Case.

25.     To the best of Debtors' knowledge, information and belief, and based upon the database search described above, other than as described below, Hahn Loeser neither represents nor holds any interest materially adverse to the interest of Debtors' estate by reason of any relationship or connections with or interest in Debtors or any of his creditors or any party in interest in the Case, and is therefore "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code.  Hahn Loeser has no present connections with the United States Trustee in the Case or any person employed in the Office of the United States Trustee.  No person who is a member or associate of Hahn Loeser is a relative of any judge of the United States Bankruptcy Court for the Northern District of Illinois or the Office of the United States Trustee for Region XI.  Furthermore, no person who is a member or associate of Hahn Loeser is or has been connected with any judge of such Court or such United States Trustee so as to render the employment of Hahn Loeser improper as set forth in Rule 5002 of the Federal Rules of

Bankruptcy Procedure.   Except as set forth in the Fisher Declaration, and based upon the database search described above, Hahn Loeser is not aware of the representation of any other entity that is a creditor of Debtors.

26.      Hahn Loeser is conducting a continuing inquiry into any matters which would affect the firm's disinterested status, and Mr. Fisher will file promptly a supplemental declaration setting forth the results of that inquiry if additional disclosure is required.

## NOTICE

27.      Notice of this Application has been given to (i) the office of the United States Trustee for Region XI; (ii) the secured creditors of the Debtors; (iii) tax agencies; (iv) each of the creditors identified on the Debtors' list of twenty (20) largest unsecured creditors; and (v) parties requesting notice.   The Debtors submit that, under the circumstances, no other or further notice need be given.

## NO PRIOR REQUEST

28.      No prior request for the relief sought in this Application has been made to this or any other Court.

## CONCLUSION

WHEREFORE, Debtors respectfully requests entry of an order substantially in the form

attached hereto as <u>Exhibit B</u>, granting the relief requested herein and granting such other and

further relief as the Court deems just and proper.


_____
Thomas E. Beeson
Debtor and Debtor-in-Possession

_____
Donna L. Beeson
Debtor and Debtor-in-Possession



Agreed, Accepted and Understood:

HAHN LOESER & PARKS LLP

/s/ Ian H. Fisher_____
By:  Ian H. Fisher, Partner

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | x : : | Chapter 11 |
|  | : | Case No.  21-06718 |
| THOMAS E. BEESON and | : |  |
| DONNA L. BEESON | : | Judge LaShonda A. Hunt |
|  | : |  |
| Debtors. | : | Motion Date:  June 24, 2021 |
|  | x | Motion Time:  11:00 a.m. |

**DECLARATION OF IAN H. FISHER IN SUPPORT OF APPLICATION OF DEBTORS
AND DEBTORS-IN-POSSESSION FOR ORDER AUTHORIZING DEBTORS AND
DEBTORS-IN-POSSESSION TO RETAIN AND EMPLOY
HAHN LOESER & PARKS LLP AS COUNSEL,
EFFECTIVE AS OF THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Ian H. Fisher declares:

1.      I am an attorney at law admitted to practice before this Court.  I am a partner with

the law firm of Hahn Loeser & Parks LLP ("Hahn Loeser") with offices at 200 West Madison

Street, Suite 2700, Chicago, IL 60606, and I am duly authorized to make the following

declaration (the "Declaration") on behalf of Hahn Loeser.  I am licensed to practice law in the

Northern District of Illinois.  I make this Declaration in support of the *Application of Debtors*

*and Debtors-in-Possession for Order Authorizing Debtors and Debtors-in-Possession to Retain*

*and Employ Hahn Loeser & Parks LLP as Counsel, Effective as of the Petition Date* (the

"Application")[1] for entry of an order authorizing Debtors to retain and employ Hahn Loeser as

counsel, and for the purpose of fulfilling the disclosure requirements of Federal Rules of

Bankruptcy Procedure 2014(a) and 2106(b).  Except as otherwise indicated, I have personal

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

12724701.1

knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

## Qualifications of Professionals

2.      Hahn Loeser maintains an office at 200 West Madison Street, Suite 2700, Chicago, IL 60606.  It also maintains offices in Cleveland, Ohio; Columbus, Ohio; Naples, Florida; Fort Myers, Florida; and San Diego, California.

3.      Hahn Loeser possess the requisite experience in Chapter 11 cases involving individuals, business entities, as well as in the practice areas of corporate law, litigation, employee benefits, real estate, secured lending, finance, taxation, construction and other fields that may be required by Debtors in the Case.  Hahn Loeser has the resources necessary to manage a Chapter 11 case of this size, complexity and scope.  Hann Loeser has represented debtors, creditors, purchasers, and other parties in interest before the courts in the Sixth Circuit and in numerous other jurisdictions throughout the country.

4.      Hahn Loeser is familiar with the Debtors' financial affairs and the circumstances surrounding the Debtors' Chapter 11 filing.

## Services to be Provided by Hahn Loeser

5.      The employment of Hahn Loeser will assist Debtors in executing faithfully their duties as debtors-in-possession and implementing the reorganization of Debtors' financial affairs.  Subject to further order of this Court, the professional services that Hahn Loeser may render to Debtors as their general bankruptcy counsel, as Debtors may request from time to time, include, without limitation:

---

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other attorneys at Hahn Loeser & Parks LLP and are based on information provided by them.

(a)    advising Debtors of their powers and duties as debtors-in-possession in the continued operating of their businesses and management of their properties;

(b)    assisting, advising and representing Debtors in their consultations with creditors regarding the administration of the Case;

(c)    providing assistance, advice and representation concerning the preparation and negotiation of a plan of reorganization and disclosure statement and any asset sales or other transactions proposed in connection with the Case;

(d)    providing assistance, advice and representation concerning any investigation of assets, liabilities, and financial condition of Debtors that may be required;

(e)    representing Debtors at hearings on matters pertaining to their affairs as debtors-in-possession;

(f)    prosecuting and defending litigation matters and such other matters that might arise during and related to the Case, except to the extent that Debtors have employed or hereafter seek to employ special litigation counsel;

(g)    providing counseling and representation with respect to the assumption and rejection of executory contracts and leases and other bankruptcy-related matters arising from the Case;

(h)    rendering advice with respect to general business and litigation issues relating to the Case, including, but not limited to finance, real estate, labor, regulatory, tax and related matters; and

(i)    performing such other legal services as may be necessary appropriate for the efficient and economical administration of the Case.

6.    Subject to the Court's approval of the Application, Hahn Loeser is willing to serve as Debtors' counsel and to perform the services described above.

**Professional Compensation**

7.    Prior to the commencement of the Case, in connection with the prepetition retention by Debtors, Hahn Loeser received payments in the amount of $8,262.00 before May 26, 2021. Further, as of the Petition Date, Hahn Loeser holds a Retainer in the amount of $1,738.00. To cover their filing fee, Debtors also authorized Hahn Loeser to use $1,738.00 of the Retainer for the filing fee. Upon approval of this Application, Hahn Loeser hereby waives

charges for any unpaid fees or expenses incurred before the Petition Date not directly related to

the filing of the petition to the extent allowance of such fees accords with custom and practice.

8.       Hahn Loeser's fees for professional services are based upon its standard hourly

rates, which are periodically adjusted.  Debtors, subject to Court approval in accordance with

section 330(a) of the Bankruptcy Code, applicable Bankruptcy Rules, and the Orders and Local

Bankruptcy Rules of this Court, proposed to pay Hahn Loeser its customary hourly rates in effect

from time to time as set forth herein, plus reimbursement of actual, necessary expenses incurred

by Hahn Loeser in the course of the representation.  Debtors are advised that the hourly rates set

forth below are subject to periodic increases in the normal course of the firm's business, often

due to increased experience of a particular professional.  Hahn Loeser will give prior notice to

Debtors of any such periodic increases.

9.       Hahn Loeser anticipates that the following Hahn Loeser attorneys and staff will

assist the Debtors:

| Attorney | Fee (per hour) |
|---|---|
| Daniel A. DeMarco | $625 |
| Ian H. Fisher | $590 |
| Eugene E. Endress | $350 |
| Colleen M. Beitel (paralegal) | $250 |

10.      The rates above are Hahn Loeser's hourly rates for work of this nature and are

subject to periodic adjustments to reflect economic and other conditions, although Hahn Loeser

will provide notice to Debtors before any upward adjustments.  Other attorneys, paralegals, and

staff at Hahn Loeser may serve Debtors at similar rates from time to time in connection with the

Case.  Below are the range of rates for Hahn Loeser professionals

| Range of Rates | Fees (per hour) |
|---|---|
| Partners | $330 - $735 |

| Of Counsel | $230 - $460 |
|---|---|
| Senior Counsel | $385 - $610 |
| Associates | $225 - $355 |
| Paralegals | $130 - $280 |
| Tech Spec/Law Clerk/Other | $150 - $300 |
| Docket/Library | $75 - $105 |

11.     Consistent with the firm's policy with respect to its other clients, Hahn Loeser

will charge Debtors for all other services provided and for other charges and disbursements

incurred in the rendition of services.  These charges and disbursements include, among other

things, costs for telephone charges, photocopying, travel, business meals, computerized research,

messenger, couriers, postage, witness fees, and other fees related to trials, hearings, and other

proceedings which may arise from time to time in the Case.  Charges and disbursements will

comply with the United States Trustee's guidelines for fees and disbursements for professionals

in the Northern District of Illinois bankruptcy cases.  Hahn Loeser presently charges $.18 per

page for photocopies.

12.     Hahn Loeser intends to apply to the Court for allowance of compensation for

professional services and reimbursement of expenses incurred in the Case in accordance with

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Orders and Local

Bankruptcy Rules of this Court.

13.     Hahn Loeser has agreed to accept as compensation such sums as may be allowed

by the Court on the basis of the professional time spent, the rates charged for such services, the

necessity of such services to the administration of the estate, the reasonableness of the time

within which the services were performed in relation to the results achieved, and the complexity,

importance, and nature of the problems, issues, or tasks addressed in the Case.

14.     Neither I, nor Hahn Loeser, nor any partner or associate thereof has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Case other than as permitted by the Bankruptcy Code.

15.     Hahn Loeser has not agreed to share compensation received in connection with this Case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among partners of Hahn Loeser.

### Disinterestedness of Professionals

16.     To the best of my knowledge, and except as otherwise set forth herein, the partners, counsel, and associates of Hahn Loeser (a) do not have any connection with Debtors or entities related to Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any other person employed in the Office of the United States Trustee ; (b) are "disinterested persons" as that term is defined in section 101(14) of the Bankruptcy Code; and (c) do not hold or represent any interest adverse to Debtors' estate.

17.     Hahn Loeser has undertaken a detailed database and electronic search to determine, and to disclose, whether it represents or has represented any significant creditors, insiders of Debtors or other parties in interest.  In connection with its proposed retention by the Debtors in the Case, Hahn Loeser conducted a search of its client database to determine whether it had any relationship with any of the material parties in interest (the "Interested Parties") in the Case.  This review indicates that Hahn Loeser does not represent and has not previously represented any of the Interested Parties.

18.     Specifically, to check and clear potential conflicts of interest in the Case, Hahn Loser reviewed a list provided by Debtors and compared it to their client database to determine whether it had any relationships with the following entities, if known:

    b.     Debtors;

    c.     the twenty (20) largest unsecured creditors of the Debtors and any other entities that Hahn Loeser could readily identify as having a potential conflict of interest with Debtors;

    d.     parties to significant litigation with Debtors;

    e.     Debtors' accountants and other major professionals;

    f.     Alleged secured creditors of Debtors; and

    g.     unsecured creditors.

As of the filing of this Application, such research indicated that except as described in the Application and herein, Hahn Loeser has not represented, nor does it currently represent, any of the foregoing entities in matters related or unrelated to the Case.

19.     To the best of my knowledge, information and belief, and based upon the database search described above, other than as described below, Hahn Loeser neither represents nor holds any interest materially adverse to the interest of Debtors' estate by reason of any relationship or connections with or interest in Debtors or any of their creditors or any party in interest in the Case, and is therefore "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code.  Hahn Loeser has no present connections with the United States Trustee in the Case or any person employed in the Office of the United States Trustee.  No person who is a member or associate of Hahn Loeser is a relative of any judge of the United States Bankruptcy Court for the Northern District of Illinois or the Office of the United States Trustee for Region XI.  Furthermore, no person who is a member or associate of Hahn Loeser is or has been connected with any judge of such Court or such United States Trustee so as to render the

employment of Hahn Loeser improper as set forth in Rule 5002 of the Federal Rules of

Bankruptcy Procedure.  Based upon the database search described above, Hahn Loeser is not

aware of the representation of any other entity that is a creditor of Debtors.

20.    Hahn Loeser will not represent any person in connection with any matter adverse

to Debtors.  Further, should Hahn Loeser discover during the pendency of the Case that it

represents, in unrelated matters, any entity or person that has an interest adverse to Debtors,

Hahn Loeser will disclose to Debtors and the Court the nature of such representation and

relationship thereto.

21.    To the best of my knowledge, information, and belief, Hahn Loeser and all

counsel, partners, and associates thereof as far as I have been able to ascertain:

    a.    Are not a creditor of Debtors;

    b.    Are not related to Debtors; and

    c.    Do not have an interest materially adverse to the interest of Debtors' estate
or of any class of creditors or equity security holders, by reason of any
direct or indirect relationship to, connection with, or interest in, Debtors,
or for any other reason.

22.    The proposed employment of Hahn Loeser is not prohibited by or improper under

Rule 5002 of the Federal Rules of Bankruptcy Procedure.  Hahn Loeser and the professionals it

employs are qualified to represent Debtors in matters for which Hahn Loeser is proposed to be

employed.

23.    I have read, understand and agree to be bound by the Office of the United States

Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. §330.

24.     Accordingly, to the best of my knowledge, Hahn Loeser is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

25.     To the extent that Hahn Loeser subsequently discovers any facts bearing on this Declaration or its representation of Debtors, this Declaration will be supplemented and those facts will be fully disclosed to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  May 28, 2021

/s/ Ian H. Fisher
Ian H. Fisher

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 21-06718 |
| Thomas E. Beeson | ) | |
| Donna L. Beeson | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable LaShonda A. Hunt |
| | ) | Lake County |
| Debtor(s) | ) | |

ORDER AUTHORIZING DEBTORS TO EMPLOY ATTORNEYS

THIS CAUSE comes before this Court on the Application of Debtors and Debtors-in-Possession for Order Authorizing Debtors and Debtors-in-Possession to Retain and Employ Hahn Loeser & Parks LLP as Counsel, Effective as of the Petition Date; due notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

Thomas E. Beeson and Donna L. Beeson, debtors and debtors-in-possession, are authorized to employ Ian H. Fisher and the law firm of Hahn Loeser & Parks LLP as of May 26, 2021, to act as counsel for the debtors and debtors-in-possession, with compensation and expense reimbursement to be paid in such amounts as may be allowed by this Court upon proper application therefore.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:

Prepared by:
Ian H. Fisher
HAHN LOESER & PARKS LLP
200 West Madison Street, Suite 2700
Chicago, IL 60606

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the *Notice of Application and Application of Debtors and Debtors-in-Possession for Order Authorizing Debtors and Debtors-in-Possession to Retain and Employ Hahn Loeser & Parks LLP as Counsel, Effective as of the Petition Date* were served on the 28th day of May 2021 on the following registered ECF participants, electronically through the Court's ECF System at the e-mail addresses registered with the Court:

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ian H. Fisher**    ifisher@hahnlaw.com, jallison@hahnlaw.com;cmbeitel@hahnlaw.com

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

- **Nathan Q. Rugg**    Nathan.Rugg@bfkn.com, james.tucker@bfkn.co

and on the parties set forth on the attached Service List.

/s/ Ian H. Fisher
Ian H. Fisher
HAHN LOESER & PARKS LLP
200 West Madison Street, Suite 2700
Chicago, IL 60606
Phone:  (312) 637-3000
Fax:  (312) 637-3001
E-mail:  ifisher@hahnlaw.com

Daniel A. DeMarco (OH #0038920)
*Admitted to the General Bar*
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Phone:  (216) 621-0150
Fax:  (216) 241-2824
E-mail:  dademarco@hahnlaw.com

*Proposed Attorneys for Thomas E. Beeson and Donna L. Beeson*

12724701.1

## SERVICE LIST

The following parties were served by United States Mail, postage prepaid:

| DEBTORS | U. S. TRUSTEE |
|---|---|
| Thomas E. Beeson<br>Donna L. Beeson<br>1391 Telegraph Road<br>Lake Forest, IL 60045 | Patrick S. Layng<br>Office of the United States Trustee<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604 |

| TOP 20 GENERAL UNSECURED CREDITORS | |
|---|---|
| Anderson Environmental Co.<br>201 N 6th St<br>Rockford, IL  61107-4101 | Gauthier & Gooch<br>209 S Main St<br>Wauconda, IL  60084-1827 |
| Chase Bank<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE  19850-5298<br>*Notify on behalf of US Small Business Association* | The Law Office of Jeffrey E. Crane, LLC<br>1363 Shermer Rd. , Suite 222<br>Northbrook, IL  60062-4553 |
| KLOA, Inc.<br>9575 W Higgins Rd Ste 400<br>Rosemont, IL  60018-4915 | Law Office of William J. Factor, Ltd.<br>1363 Shermer Rd<br>Northbrook, IL  60062-4553 |
| Peoples Gas<br>200 E Randolph St Fl 20<br>Chicago, IL  60601-6431 | Polsinelli PC<br>150 N Riverside Plz Ste 3000<br>Chicago, IL  60606-159 |
| Studio 222 Architects<br>222 S Morgan St Ste 4B<br>Chicago, IL  60607-3734 | The Charneski Group, Ltd.<br>2101 Waukegan Rd Ste 210<br>Bannockburn, IL  60015-1836 |
| U.S. Small Business Association<br>500 W Madison St Ste 1150<br>Chicago, IL  60661-2566 | |

| SECURED CREDITORS | |
|---|---|
| T2 Beeson Corner I, LLC<br>120 N. Hale St., Ste. 300<br>Wheaton, IL 60187-5113 | Richard A. Ungaretti<br>Nixon Peabody LLP<br>10 W. Madison St., Ste. 3500<br>Chicago, IL 60601<br>Notify on behalf of T2 Beeson Corner I, LLC |
| Barack Ferrazzano<br>Kirschbaum & Nagelberg<br>200 W. Madison St., Ste. 390<br>Chicago, IL 60606-3465<br>Notify on behalf of T2 Beeson Corner I, LLC | Chase Bank<br>Attn:  Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| National City Mortgage/PNC Mortgage<br>Attn:  Bankruptcy Department<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | Third Federal Savings & Loan<br>7007 Broadway Avenue<br>Cleveland, OH 44105-1441 |
| Weltman, Weinberg & Reis Co., LPA<br>180 N. La Salle St., Ste. 2400<br>Chicago, IL 60601-2704<br>Attorneys for Third Federal Savings & Loan | M & J Financial, Inc.<br>3123 Old Glenview Road<br>Wilmette, IL 60091-2910<br>Attn:  Igor Blumin |
| Village of Bannockburn<br>2275 Telegraph Rd<br>Deerfield, IL  60015-1562 | Filippini Law Firm, LLP<br>990 Grove St Ste 200<br>Evanston, IL  60201-6512<br>Attorneys for Village of Bannockburn |
| Ice Miller LLP<br>2300 Cabot Dr Ste 455<br>Lisle, IL  60532-4613 | Chen Law Firm Ltd.<br>209 S La Salle St Ste 950<br>Chicago, IL  60604-1219<br>*Attorneys for Ice Miller LLP* |

| TAX AGENCIES | |
|---|---|
| Lake County Treasurer's Office<br>18 N. County St.<br>Waukegan, IL 60685-4304 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| NOTICE PARTIES | |
|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Brandon C. Prosansky, Esq.<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison St., Suite 3900<br>Chicago, IL 60606 |

And the following parties were served via e-mail at the addresses indicated:

Brandon C. Prosansky – brandon.prosansky@bfkn.com

PRA Receivables Management, LLC – Claims_RMSC@PRAGroup.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 **Thomas E. Beeson** | |
| Debtor 2 **Donna L. Beeson** (Spouse, if filing) | |
| United States Bankruptcy Court for the: Northern District of Illinois, Eastern Division | ☐ Check if this is an amended filing |
| Case number **21-06718** (if known) | |

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income
04/20

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:** Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ 13,000.00 | | | |
| Ordinary and necessary operating expenses | | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | | $ 13,000.00 | Copy here -> $ 13,000.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ 2,700.00 | | | |
| Ordinary and necessary operating expenses | | -$ 0.00 | | | |
| Net monthly income from rental or other real property | | $ 2,700.00 | Copy here -> $ 2,700.00 | $ 0.00 |

| Debtor 1<br>Debtor 2 | **Beeson, Thomas E. & Beeson, Donna L.** | | Case number (*if known*) | **21-06718** |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | Column A |
|---|---|
| For you | $ 0.00 |
| For your spouse | $ 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | Column A | Column B |
|---|---|---|
| | $ 0.00 | $ 0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | Column A | Column B |
|---|---|---|
| **VA Benefit** | $ 144.14 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| $ 15,844.14 | + | $ 0.00 | = | $ 15,844.14 |
|---|---|---|---|---|

Debtor 1
Debtor 2   **Beeson, Thomas E. & Beeson, Donna L.**                    Case number (*if known*)   **21-06718**

---

| **Part 2:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____          X _____
**Thomas E. Beeson**                         **Donna L. Beeson**
Signature of Debtor 1                         Signature of Debtor 2

Date **June 9, 2021**                         Date **June 9, 2021**
MM / DD / YYYY                                MM / DD / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 2021 CINGroup - www.cincompass.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                          Case No. **21-06718**

**Beeson, Thomas E. & Beeson, Donna L.**                        Chapter **11**
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) |

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Beeson, Thomas E. & Beeson, Donna L.**        X _____        **6/09/2021**
Printed Name(s) of Debtor(s)                       Signature of Debtor                    Date

Case No. (if known) **21-06718**                X _____        **6/09/2021**
                                                   Signature of Joint Debtor (if any)       Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 2021 CINGroup - www.cincompass.com